**Opinion issued August 23, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-16-00304-CV

_____

**SUPEROX HOLDINGS, LLC AND TODD D. GRAHAM, Appellants**

**V.**

**POST OAK BANK, N.A., Appellee**

On Appeal from the 113th District Court
Harris County, Texas
Trial Court Case No. 2015-33079

## MEMORANDUM OPINION

Appellants, Superox Holdings, LLC and Todd D. Graham, have filed an unopposed motion to dismiss their appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Lloyd.